UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TONYA M. HOYT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:07CV1730SNLJ/LMB |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion for attorney's fees (#15), filed April 2, 2010. Defendant filed a response (#16) on April 14, 2010.

This Court ordered (#13) that the report and recommendations of U.S. Magistrate Judge Lewis M. Blanton (#24), filed February 12, 2010, be sustained, adopted and incorporated in the order of March 2, 2010. Plaintiff now comes pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, and requests that this Court award her attorney's fees in the amount of $1,635.90, and filing fee expenses of $350.00, to be paid to plaintiff's counsel, Nancy R. Mogab, for 10 hours of work on this case. The defendant has no objections to payment of the award under the EAJA directly to plaintiff's counsel, and this Court finds that there are no circumstances in this case that would make an award under the EAJA unwarranted. Accordingly,

**IT IS HEREBY ORDERED** that defendant pay attorney's fees and expenses in the amount of $1,985.90, paid directly to plaintiff's attorney, Nancy R. Mogab.

Dated this   20th    day of April, 2010.

                                      /s/ Stephen N. Limbaugh, Jr.
                                      UNITED STATES DISTRICT JUDGE